# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JIMMY K. LEE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE,<br><br>  Defendant. | Case Nos.  5:25-cv-03127 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to 5:24-cv-03278 EKL, *Jimmy K. Lee v. Jose Segura.*

**IT IS SO ORDERED.**

Dated: April 8, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-03127 NC
SUA SPONTE JUDICIAL REFERRAL